# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Coppedge<br>       <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-15806 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee, as Servicer, and index same on the master mailing list.

     Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734