IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :        In Chapter 13
    JAMES COPPEDGE               :
                                                :        Bankruptcy No. 16-15806 (ELF)
                    Debtor.       :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #51) which was filed on February 21, 2017.

                                          Respectfully submitted,

                                          THE CITY OF PHILADELPHIA

Dated: April 4, 2017              By:  */s/ Pamela Elchert Thurmond*
                                              PAMELA ELCHERT THURMOND
                                              Deputy City Solicitor
                                              PA Attorney I.D. 202504
                                              Attorney for the City of Philadelphia
                                              City of Philadelphia Law Department
                                              Municipal Services Building
                                              1401 JFK Boulevard, 5th Floor
                                              Philadelphia, PA  19102-1595
                                              215-686-0508 (phone)
                                              Email: Pamela.Thurmond@phila.gov