IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JAMES COPPEDGE    : CHAPTER 13
:
:
:
DEBTOR    : BANKRUPTCY NO. 16-15806

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed an Amended Application for Approval of Compensation on April 4, 2017 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading.  I therefore request that the court enter the Order accompanying said application.

BY    /s/ Zachary Perlick
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19107
(215) 569-2922