United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-15806-elf
James Coppedge                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: May 24, 2017
                              Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
```
db         +James Coppedge,    3742 N. 18th Street,    Philadelphia, PA 19140-3533
cr         +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13792336   +Ameritrust Mortgage Corp.,    284 West Virginia Street,    Crystal Lake, IL 60014-7246
13792337   +Andrew C. Smialowicz, Esquire,    Clearfield, Kofsky & Penneys,    1617 JFK Blvd.,   Suite 355,
             Philadelphia, PA 19103-1837
13792338   +BYL Collection Services,    301 Lacey Street,    West Chester, PA 19382-3727
13850530   +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
13777763   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
13792345   +Erica Taylor,    1800 N. 26th Street,    Philadelphia, PA 19121-2602
13850532   +GFC Lending, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
13792347    LHID Parkers Run,    c/o Legum & Norman Inc.,    POB 105771,   Atlanta, GA 30348-5771
13792348   +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13823194   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13792349   +Verizon,    PO Box 28000,   Lehigh Valley, PA 18002-8000
13792350    Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov May 25 2017 01:14:15    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2017 01:13:46
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2017 01:13:57    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy@phila.gov May 25 2017 01:14:14    City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13777281    E-mail/Text: bankruptcy@phila.gov May 25 2017 01:14:14    City of Philadelphia,
             Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13861231   +E-mail/Text: bankruptcy@phila.gov May 25 2017 01:14:14
             CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13794860   +E-mail/Text: bankruptcy@cavps.com May 25 2017 01:13:55    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13792344   +E-mail/Text: bankruptcy@pepcoholdings.com May 25 2017 01:13:28    Delmarva Power,   POB 13609,
             Philadelphia, PA 19101-3609
13792346   +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com May 25 2017 01:14:17    GO Financial,
             7300 E. Hampton Ave.,    Mesa, AZ 85209-3324
13814732   +E-mail/Text: cio.bncmail@irs.gov May 25 2017 01:13:28    INTERNAL REVENUE SERVICE,
             P O BOX 7346,    PHILADELPHIA, PA 19101-7346
13783544   +E-mail/Text: ebn@vativrecovery.com May 25 2017 01:13:29    Palisades Acquisition XVIII,
             VATIV RECOVERY SOLUTIONS LLC, dba SMC,    P.O. Box 40728,    HOUSTON TX 77240-0728
13848032    E-mail/Text: bkdepartment@rtresolutions.com May 25 2017 01:13:52
             Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
             Dallas, Texas 75247-4029
                                                                                             TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13792339*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City of Philadelphia,     Law Department, Enforecment Div.,
               1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13792340*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City of Philadelphia,     Law Department, Enforecment Div.,
               1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13792341*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City of Philadelphia,     Law Department, Enforecment Div.,
               1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13792342*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City of Philadelphia,     Law Department, Enforecment Div.,
               1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13792343*    +Credit Acceptance,    25505 West Twelve Mile Road,    Suite 3000,   Southfield, MI 48034-8331
13850533*    +GFC Lending, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
13792351*     Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
                                                                                  TOTALS: 0, * 7, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Antoinett             Page 2 of 2              Date Rcvd: May 24, 2017
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:

```
          CELINE P. DERKRIKORIAN    on behalf of Creditor   Specialized Loan Servicing, LLC
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor   Banc of America Funding Corporation 2007-3, U.S.
           Bank National Association, as Trustee ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   Banc of America Funding Corporation 2007-3,
           U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor James   Coppedge Perlick@verizon.net,  pireland1@verizon.net
                                                                                                TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
    JAMES COPPEDGE,                      :
         Debtor(s)                             :        Bky. No.  16-15806 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: <u>May 24, 2017</u>

                                             ERIC L. FRANK
                                             CHIEF U.S. BANKRUPTCY JUDGE