# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JAMES COPPEDGE

                                                                    :  CHAPTER 13
                                                        :
                                              :
                                              :  BANKRUPTCY NO.16-150806 ELF
        Debtor (s)

## PRA E C I P E

Kindly withdraw TRUSTEE'S FINAL REPORT CLOSED Docket entry #80

                                                    Respectfully submitted,

Date  : September 10, 2018

                                                    /s/William C. Miller, Esquire

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee
                                                    P.O. Box 1229
                                                    Philadelphia, PA  19105-229