JAMES COPPEDGE
52 BARKLEY COURT                                        Date: 09/15/2020
DOVER, DELAWARE 19140

U.S. Bankruptcy Court
Attn: Clerk of Court
900 market street #400                                  Reported: 08/16/2016
Philadelphia, Pa 19107                                  Re: Case No.: 16 -15806

### REQUEST LETTER OF CREDIT BUREAU REPORTING VERIFICATION

Dear Clerk of Court:

Please provide evidence of justification of your reporting the Bankruptcy of JAMES COPPEDGE to the
three credit Bureau Agencies. Please forward your response letter to the address above. A former
Philadelphia address was: 3742 N. 18th Street, Philadelphia, PA 19140.  If you did not file this report, I
need verification to have it removed from my Credit Reports.

Thank you!

Without prejudice,

By: James Coppedge

Authorized Representative

SEP 1 8 2020