| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>Suite 300 The Madison<br>400 Washington Street<br>Reading, PA 19601<br>(610) 320-5255 |

September 22, 2020

James Coppedge
52 Barkley Court
Dover, DE 19140

Re: 16-15806

Dear Mr. Coppedge,

This is in response to your recent letter regarding your credit report. It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions, you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:_____Randi J._____
             Deputy Clerk